738

## BLANTON v. STATE.

No. 22465.

Court of Criminal Appeals of Texas.
April 28, 1943.

Jules F. Mayer, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being ten years in the penitentiary.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.